UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASSIE SAMS,

      Plaintiff,

v.                                                   Case No. 8:06-cv-862-T-24 MAP

PRISON HEALTH SERVICES, INC.,
ET AL.,

      Defendants.
_____/

**ORDER**

      This cause comes before the Court on its own. Plaintiff filed suit against twenty-eight defendants on May 5, 2006. Pursuant to Federal Rule of Civil Procedure 4, she was required to serve them by September 5, 2006. On September 5, 2006, Plaintiff filed a motion to extend the time to serve Defendants Rene Walkem and Matilda Wooden until October 5, 2006. (Doc. No. 6). The Court granted the motion, stating that if Plaintiff failed to file proof of service of these defendants by October 11, 2006, the Court would dismiss Plaintiff's claims against these defendants without further notice. (Doc. No. 11). To date, Plaintiff has failed to file proof of service of these defendants, and as such, the Court dismisses Plaintiff's claims against Defendants Rene Walkem and Matilda Wooden without prejudice.

      **DONE AND ORDERED** at Tampa, Florida, this 13th day of October, 2006.

                                                                    SUSAN C. BUCKLEW
                                                                    United States District Judge

Copies to:
Counsel of Record