UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASSIE SAMS,

       Plaintiff,

v.                                                                          Case No.  8:06-cv-862-T-24 MAP

PRISON HEALTH SERVICES, INC.,
ET AL.,

       Defendants.
_____/

## ORDER

This cause comes before the Court on Charles Wells' motion to dismiss (Doc. No. 126) and Deborah Perry, Robert Sanchez, and Glenna Proll's motion to dismiss (Doc. No. 127). Plaintiff's responses to these motions were due on December 15, 2006.  To date, Plaintiff has failed to file a response.

Plaintiff has been warned three times about timely responding to pending motions.  On October 23, 3006, the Court issued an order to show cause due to Plaintiff's failure to respond to pending motions to dismiss.  (Doc. No. 95).  On November 3, 2006, the Court granted Plaintiff's motion to amend the complaint, terminated the pending motions to dismiss, and warned Plaintiff that she must timely file responses to any motions to dismiss that were re-filed.  (Doc. No. 107). The motions to dismiss were re-filed, and the responses to two of the motions were due on December 11, 2006.  Plaintiff failed to file a timely response to those motions, and the Court issued another order to show cause, stating:

> This is the second time that the Court has had to remind Plaintiff to file timely responses to motions, and in the future, the Court will consider motions that are not timely responded to by Plaintiff to be unopposed.  Furthermore, the Court reminds Plaintiffs that there are sixteen other motions to dismiss that must be

>responded to in a timely manner . . .. If Plaintiff fails to file a timely response to
>these motions, the Court will dismiss Plaintiff's claims against these defendants
>without further notice.

Since the Court has warned Plaintiff three times about the need to file timely responses to motions, the Court will now dismiss Plaintiff's claims without prejudice against Defendants Charles Wells, Deborah Perry, Robert Sanchez, and Glenna Proll due to lack of prosecution. The Clerk is directed to terminate their motions to dismiss (Doc. No. 126, 127).

**DONE AND ORDERED** at Tampa, Florida, this 18th day of December, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record