UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASSIE SAMS,

      Plaintiff,

v.                                                    Case No.  8:06-cv-862-T-24 MAP

PRISON HEALTH SERVICES, INC.,
ET AL.,

      Defendants.
_____/

## ORDER

      This cause comes before the Court on Defendants' motions to dismiss.  (Doc. No. 110, 111, 128-141).  These motions were referred to a United States Magistrate Judge, pursuant to a specific order of referral.  (Doc. No. 153).  Magistrate Judge Pizzo has filed his report recommending that the motions be denied.  (Doc. No. 154).  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).   No such objections were filed.  Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED AND ADJUDGED** that

          (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 154) is adopted and incorporated by reference in this Order of the Court; and

          (2)    Defendants' motions to dismiss (Doc. No. 110, 111, 128-141) are **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of March, 2007.

                                                SUSAN C. BUCKLEW
                                                United States District Judge

Copies to:
Counsel of Record
The Honorable Mark A. Pizzo